SCANNED at WVCF and Emailed on 4-18-23 by [initials] • 30 pages.

FILED
04/18/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ASHER B. HILL,
PLAINTIFF,

VS.

FRANK VANIHEL, ET AL.,
DEFENDANTS.

CASE NO. 2:23-cv-00197-MPB-MJD

# COMPLAINT

## I. INTRODUCTION

THIS IS A CIVIL RIGHTS ACTION FILED BY ASHER B. HILL, A STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983, ASSERTING THAT THE DEFENDANTS VIOLATED THE EIGHTH AMENDMENT BY SUBJECTING HIM TO UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT FOR MORE THAN A YEAR.

## II. JURISDICTION

1. THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIM OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C §§ 1331 AND 1343.

## III. PLAINTIFF

2. Plaintiff Asher B. Hill, is and was at all times mentioned herein a prisoner of the State of Indiana in the custody of the Indiana Department of Corrections. He is currently confined in the Secured Control Unit ("SCU") at the Wabash Valley Correctional Facility ("WVCF"). P.O. Box 1111, Carlisle, Indiana 47838

## IV. DEFENDANT(S)

1) Defendant Frank Vanihel / Warden
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

2) Defendant Thomas Wellington / Grievance Specialist
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

3) Defendant T. Templeton / Grievance Specialist
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

4) Defendant Brian Marley / Maintenance
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

5) Defendant Holcomb / Correctional Lieutenant
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

6) Defendant Mark Smith Sr / Correctional Sergeant
6908 S. Old U.S. Hwy. 41 P.O. Box 500
Carlisle, Indiana 47838

7) DEFENDANT HALL / CORRECTIONAL OFFICER
   6908 S. OLD U.S. HWY. 41 P.O. BOX 500
   CARLISLE, INDIANA 47838

8) DEFENDANT MCDONALD / PPD
   6908 S. OLD U.S. HWY. 41 P.O. BOX 500
   CARLISLE, INDIANA 47838

9) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED AND CONTINUES ACT UNDER THE COLOR OF STATE LAW.

## V. FACTS

10. ON NOVEMBER 4, 2021, PLAINTIFF SUBMITTED A GRIEVANCE IN WHICH HE STATED: CELL B505 IS VACANT. WHEN OFFENDERS IN CELL B507 AND CELL B508 FLUSHES THEIR TOILETS, IT BACKS UP CELL B505 TOILET AND FLOODS THE BOTTOM RANGE CELLS WITH WATER CONTAINING FECES AND URINE. [EX. A]

11. IN THE SAME GRIEVANCE, PLAINTIFF STATED THAT HE HAD INFORMED BOTH DEFENDANTS HOLCOMB AND MARLEY ABOUT THE MATTER BUT NOTHING HAS BEEN DONE TO FIX B505 TOILET. [EX. A]

12. IN THE SAME GRIEVANCE, PLAINTIFF STATED THAT ON NOVEMBER 4, 2021 WHEN CELL B505 TOILET BACKED UP AND FLOODED THE RANGE AS WELL AS HIS CELL WITH WATER CONTAINING FECES AND URINE, HE INFORMED DEFENDANT SMITH ABOUT

3

THE MATTER AND HE SAID THAT HE WOULD PULL HIM OUT OF HIS CELL AND CLEAN UP THE FLOOD WATER ON HIS CELL FLOOR BUT IT TOOK HIM FIVE AND A HALF HOURS TO DO SO. [EX. A]

13. IN THE SAME GRIEVANCE, PLAINTIFF FURTHER STATED THAT CELL B505 TOILET FREQUENTLY BACKED UP AND FLOODED HIS CELL B503 WITH WATER CONTAINING FECES AND URINE AND THAT CUSTODY STAFF LEAVES HIM IN HIS CELL FOR HOURS BEFORE THEY CLEAN IT UP. [EX. A]

14. ON NOVEMBER 9, 2021, DEFENDANT TEMPLETON RETURNED PLAINTIFF'S GRIEVANCE UNPROCESSED STATING THAT SHE HAD SPOKEN TO DEFENDANT MARLEY AND THAT THE ISSUE WOULD BE ADDRESSED EITHER THAT WEEK OR NO LATER THAN TUESDAY OF THE NEXT WEEK. [EX. B]

15. THEREAFTER, ON NOVEMBER 12, 2021, PLAINTIFF SUBMITTED A SECOND GRIEVANCE BASICALLY REITERATING WHAT HE STATED IN HIS NOVEMBER 4, 2021 GRIEVANCE. [EXHIBIT C]

16. On November 12, 2021, Defendant Wellington returned Plaintiff's second grievance unprocessed stating "Your statements are incorrect. There is an offender intentionally stopping up their toilet causing issues for the other 4. This has been addressed and until the other offender cooperates, there is nothing we can do. [Exhibit D]

17. On November 22, 2021, Plaintiff filed a third grievance in which he stated: "Maintenance still have not fixed B505 toilet. When offenders in cells B507 and B508 flushes their toilets, it backs up cell B505 toilet. Plaintiff further stated "For weeks, feces and urine have been on cell B505 cell floor. The entire B500 range reek of feces and urine. My meals are served to me in my cell. The stench of feces and urine makes me nauseated. The foul smell is so replusive that I am unable to finish most of my meals. When I informed Ofc. Hall about this matter, he stated that he would have sanitation clean it up but to date, feces/urine is still on cell B505 cell floor. [E]

MOREOVER, PLAINTIFF REQUESTED THAT THE FECES/URINE BE CLEANED UP OFF B505 CELL FLOOR AND FOR THE TOILET TO BE FIXED. [ EX. E ] HOWEVER, ON NOVEMBER 30, 2021, DEFENDANT TEMPLETON RETURNED PLAINTIFF'S THIRD GRIEVANCE UNPROCESSED STATING THAT SHE HAD SPOKEN WITH DEFENDANT HOLCOMB AND THAT HE WAS GOING TO ADDRESS THE ISSUE THAT SAME DAY. [ EX. F ] BUT HE NEVER DID.

18. ON FEBRUARY 28, 2022, PER DEFENDANT WARDEN VANIHEL, PLAINTIFF AND OTHER INCARCERATED INDIVIDUAL WERE MOVED FROM B500 RANGE TO B200 RANGE SO THAT MAINTENANCE COULD FIX B505 TOILET. [ EXHIBIT G ]

19. ON APRIL 2, 2022, PLAINTIFF AND OTHER INCARCERATED INDIVIDUALS WAS MOVED BACK TO B500 RANGE TO THE SAME CELLS. THEREAFTER, ON APRIL 16, 2022, PLAINTIFF FILED A FOURTH GRIEVANCE IN WHICH HE STATED THAT PRIOR TO MOVING BACK TO B500 RANGE DEFENDANT HOLCOMB INFORMED HIM THAT CELL B505 TOILET HAD BEEN FIXED. HOWEVER, ON APRIL 16, 2022 CELL B505 TOILET BACKED UP AND FLOOD HIS CELL WITH FECES AND URINE WATER.

PLAINTIFF FURTHER STATED THAT HE HAD RESIDED ON B500 RANGE FOR MORE THAN A YEAR AND CELL B505 TOILET HAD BEEN BACKING UP THE ENTIRE TIME, THEREBY FLOODING HIS CELL WITH FECES AND URINE WATER. MOREOVER, PLAINTIFF REQUESTED THAT CELL B505 TOILET BE FIXED. [ EX. H ]

20. ON MAY 14, 2022, DEFENDANT MCDONALD RESPONDED TO PLAINTIFF'S FOURTH GRIEVANCE BY FALSELY CLAIMING THAT B505 TOILET WAS REPAIRED ON APRIL 22, 2022. [ EX. I ] ON MAY 23, 2022, PLAINTIFF FILED A GRIEVANCE APPEAL REITERATING WHAT HE STATED IN HIS INITIAL GRIEVANCE. ON JUNE 8, 2022, DEFENDANT WARDEN VANIHEL RESPONDED BY STATING "PER MAINTENANCE THE TOILET HAD BEEN FIXED ON APRIL 22, 2022." APPEAL DENIED. [ EX. J ]

21. THE AFOREMENTIONED DEFENDANTS WAS MADE AWARE BOTH IN-PERSON AND VIA PLAINTIFF'S GRIEVANCES THAT CELL B505 TOILET FREQUENTLY BACKED UP, THEREBY FLOODING PLAINTIFF'S CELL WITH WATER

7

containing feces and urine but they acted with deliberate indifference to the unsanitary conditions in plaintiff's cell as well as living environment by refusing to repair cell B505 toilet. Moreover, the defendants forced the plaintiff to live under unsanitary conditions of confinement for more than a year, thereby subjecting him to unconstitutional conditions of confinement.

## VI. Relief

Wherefore, plaintiff respectfully request the court to grant the following relief:

22. A declaration that the acts and omissions described herein violated plaintiff's rights under constitution and law of the United States.

23. A permanent injunction ordering the defendants to cease subjecting plaintiff to unsanitary conditions of confinement.

24. Compensatory damages in the amount of $100,000 against each defendant, jointly and severally.

25. PUNITIVE DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT.

26. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

27. PLAINTIFF'S COST IN THIS SUIT.

28. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

RESPECTFULLY SUBMITTED,
*Asher Hill*

### VERIFICATION

I, ASHER HILL, HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

*Asher Hill*
PLAINTIFF

## CERTIFICATE OF SERVICE

A COPY OF THE FOREGOING HAS BEEN SERVED ON ADVERSE PARTIES OR THEIR COUNSEL PURSUANT TO THE COURT'S PRISONER E-FILING PROGRAM.

_Asher Hill_
PLAINTIFF