UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ASHER B. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00197-MPB-MJD |
| | ) | |
| BRIAN MARLEY, | ) | |
| HOLCOMB, | ) | |
| MARK SMITH SR., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to the jury's verdict, the Court enters **Final Judgment** in favor of Defendants, Brian Marley, Christopher Holcomb, and Mark Smith, Sr., and against Plaintiff Asher B. Hill.

The Plaintiff shall take nothing by his complaint.

Dated:  November 6, 2025

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana


Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ASHER B. HILL
922526
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

Eric Charles Sears
Lewis And Wilkins, LLP
sears@lewisandwilkins.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com